UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Crim. No. 06-05 (JNE/JJG)
　　　　　　　　　　　　　　　　　　　　　　　　ORDER
Hector Rios-Guzman,

       Defendant.

In a Report and Recommendation dated March 13, 2006, the Honorable Jeanne J. Graham, United States Magistrate Judge, recommended that Defendant's Motion to Suppress Statements be denied as moot and that Defendant's Motion to Suppress Evidence as a Result of Searches and Seizures be denied.  Defendant objected and Plaintiff responded.  The Court has conducted a de novo review of the record.  *See* D. Minn. LR 72.2(b).  Based on that review, the Court adopts the Report and Recommendation.  Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Suppress Statements [Docket No. 19] is DENIED AS MOOT.

2. Defendant's Motion to Suppress Evidence as a Result of Searches and Seizures [Docket No. 21] is DENIED.

Dated:  April 20, 2006

                                          s/ Joan N. Ericksen
                                          JOAN N. ERICKSEN
                                          United States District Judge